THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Tarren Lee Richburg, Appellant.
 
 
 
 
 

Appeal From Horry County
J. Michael Baxley, Circuit Court Judge

Unpublished Opinion No. 2010-UP-235
Submitted March 1, 2010  Filed April 12, 2010

AFFIRMED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of Columbia,
 for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W.
 Elliott, Senior Assistant Attorney General Norman Mark Rapoport, all of Columbia;
 John Gregory Hembree, of Conway, for Respondent.
 
 
 

PER CURIAM:  Tarren Lee
 Richburg appeals his conviction for one count of trafficking in powder cocaine
 more than ten grams, but less than twenty-eight grams, arguing the trial court
 erred in refusing to grant his motion for a mistrial.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authority:  State v. George,
 323 S.C. 496, 510, 476 S.E.2d 903, 912 (1996) (holding the issue is not
 preserved for review if  the "objecting party accepts the judge's ruling
 and does not contemporaneously make an additional objection to the sufficiency
 of the curative charge or move for a mistrial").
AFFIRMED. 
SHORT, WILLIAMS, and
 LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.